**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 271 MAL 2017

             Respondent   :

                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court

        v.               :

                        :

J.G.M.,                  :

             Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is

**DENIED**.